IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD SAM,<br><br>   Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,[1]<br>**Acting Commissioner of the<br>Social Security Administration,**<br><br>   Defendant. | Case No. 20-CV-258-JFH-KEW |

## ORDER

  Before the Court is the Report and Recommendation [Dkt. No. 19] of United States Magistrate Judge Kimberly E. West reviewing the decision of the Commissioner of the Social Security Administration to deny disability to Plaintiff Richard Sam. The Magistrate Judge recommends the Commissioner's decision to deny benefits be reversed and the case be remanded for further proceedings.

  The Commissioner of the Social Security Administration did not object to the Magistrate Judge's Report and Recommendation within the 14-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation, and accepts and adopts it as the order of the Court. On that basis, the decision of the Commissioner is reversed, and the case is remanded for further proceedings.

---

[1] On July 9, 2021, Kilolo Kijakazi became the Commissioner of Social Security. In accordance with Fed. R. Civ. P. 25(d), Ms. Kijakazi is substituted for Andrew M. Saul as the Defendant in this action.

2

IT IS SO ORDERED this 25th day of March 2022.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE